UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER                                    21MC102(AKH)
LOWER MANHATTAN DISASTER
SITE LITIGATION

MARTHA VIDAL,                                                             08CV2733(AKH)

                                   Plaintiff(s),          **NOTICE OF APPEARANCE**

      -against-

80 LAFAYETTE ASSOCIATES LLC, et al.,

                                   Defendants.

    **PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants **MAYORE ESTATES LLC, 80 LAFAYETTE ASSOCIATES LLC, MAYORE ESTATES LLC, and 80 LAFAYETTE ASSOCIATION LLC, AS TENANTS IN COMMON ("MAYORE ESTATES/80 LAFAYETTE") for the building located at 22 Cortlandt Street (Subcellar Floors 1, 2, 3 and Floors 1, 2, 3), New York, New York 10007**, in the above-captioned action and all future correspondence and papers filed or serviced in connection with the above-captioned action are to be directed to the undersigned.

Dated:     New York, New York
           April 26, 2008

                                         Yours etc.,

                                         HARRIS BEACH PLLC
                                         *Attorneys for Defendant*
                                         **MAYORE ESTATES LLC, 80 LAFAYETTE ASSOCIATES LLC, MAYORE ESTATES LLC, and 80 LAFAYETTE ASSOCIATION LLC, AS TENANTS IN COMMON**

                                         _____/s/_____
                                         Stanley Goos, Esq. (SG-7062)

                                        100 Wall Street  
                                        New York, NY  10005  
                                        212 687-0100  
                                        212 687-0659 (Fax)

## CERTIFICATION AS TO SERVICE

The undersigned certifies that on April 26, 2008, I caused to be filed and served the following document electronically via the Court's ECF system upon the parties:

1. Notice of Appearance (of Defendants Mayore Estates LLC, 80 Lafayette Associates LLC, Mayore Estates LLC, and 80 Lafayette Association LLC, As Tenants in Common.

Dated: April 26, 2008

_____/s/_____
Stanley Goos, Esq. (SG 7062)
